**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| BENITO CASTILLO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:25-CV-268-LAG |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF SETTLEMENT**

COMES NOW Plaintiff and notifies the Court of the settlement with Defendant.  All

Plaintiff's claims pled against Defendant  have been resolved.   The parties will file a stipulation

of dismissal as soon as the terms of the settlement are fulfilled.

Respectfully submitted this 25th day of June, 2026.

**MANLY SHIPLEY, LLP**

/s/ *John B. Manly*
JOHN B. MANLY
Georgia Bar No. 194011
JAMES E. SHIPLEY, JR.
Georgia Bar No. 116508
*Attorneys for Plaintiff*

Post Office Box 10840
Savannah, Georgia 31412
T: (912) 495-5360
F: (844) 362-4952
john@manlyshipley.com
jim@manlyshipley.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

This 25th day of June, 2026.

**MANLY SHIPLEY, LLP**

/s/ *John B. Manly*
JOHN B. MANLY
Georgia Bar No. 194011
*Attorney for Plaintiff*

Post Office Box 10840
Savannah, Georgia 31412
T: (912) 495-5360
F: (844) 362-4952
john@manlyshipley.com

2